UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY MOORE,

        Plaintiff,

vs.

TONIA GRANT, CONNIE
STANTON, ANNETTE POWELL,
ROBERT HALSEY, GORDON
MACLANE, FREDRICK PARKER,
SHERRY L. BURT, JOHN DOE,
and MARY DOE,

        Defendants.
                                 /

Case No. 07-13194

Lawrence P. Zatkoff
U.S. District Judge

Michael Hluchaniuk
U.S. Magistrate Judge

## ORDER DENYING PLAINTIFF'S MOTION REQUESTING PRODUCTION OF DOCUMENTS AS MOOT

This matter was filed by plaintiff Larry Moore, a prisoner in the custody of the State of Michigan, on August 1, 2007. (Dkt. # 1). Plaintiff seeks damages against various employees of the Michigan Department of Corrections based on allegations that he was denied certain rights under the United States Constitution. Plaintiff filed a motion requesting production of documents on October 22, 2007. (Dkt. # 18). On February 28, 2008, the undersigned issued a Report and

1

Recommendation stating that defendants' motion to dismiss (Dkt. # 10) should be granted by the District Court. (Dkt. # 26). In light of this recommendation, plaintiff's motion requesting production of documents is **DENIED** as moot.

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not thereafter assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), a copy of any objections is to be served on this Magistrate Judge.

Date: April 21, 2008                         s/Michael Hluchaniuk
                                              United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following:  Scott R. Rothermel, Assistant Attorney General, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  Larry Moore, #240744, c/o Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

                                  s/James P. Peltier
                                  Courtroom Deputy Clerk
                                  U.S. District Court
                                  600 Church Street
                                  Flint, MI 48502
                                  (810) 341-7850
                                  pete_peltier@mied.uscourts.gov